## ADMINISTRATIVE DOCKET

**In re Re–Petition of the Massachusetts School of Law for Permission for its Graduates to Take the Bar Examination.**

On May 22, 2000, the Massachusetts School of Law filed a Re–Petition for its Graduates to Take the Bar Examination, and on August 7, 2000, it filed a Motion to Supplement the Record. Upon consideration thereof,

IT IS HEREBY ORDERED that the Re–Petition be, and hereby is, denied.